# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CYNTHIA A. FRANDRIA

VERSUS

SUSAN M. GARDNER, ET AL.

NO. 2021 CW 1324

**FEBRUARY 14, 2022**

---

In Re: Cynthia A. Frandria, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2020-0001051.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.** The relator Cynthia A. Frandria's motion to appeal and her motion and second request for devolutive appeal were not timely filed. Notice of the August 31, 2020, judgment at issue was mailed on September 14, 2020. Ms. Frandria filed her motion for appeal on February 22, 2021, and her motion and second request for appeal on June 17, 2021. Under La. Code Civ. P. art. 2087, Ms. Frandria's motions for appeal were not timely filed. Without a showing of timeliness, we have no jurisdiction to consider her writ application. See **Sanchez Law Firm, LLC v. Sherman**, 2018-0416 (La. App. 1st Cir. 7/11/18), 2018 WL 3388030, *2 (unpublished)("[T]he defect of not taking an appeal timely is jurisdictional, and neither counsel, the trial court, nor the appellant court has the authority to extend this delay.") (citation omitted).

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT